MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8500
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Augustine Calleros, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTINE CALLEROS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS, a municipal corporation, <br><br> Defendant. | CASE NO. <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** |

NOW COMES the Plaintiff, AUGUSTINE CALLEROS, JR. ("Plaintiff" or "Mr. Calleros"), by and through his attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and for his Complaint against Defendant CITY OF NORTH LAS VEGAS states as follows:

## **NATURE OF THE ACTION**

1. This action is brought pursuant to NRS § 613.310 *et seq.* and other state tort law and to Title VII of the 1964 Civil Rights Act, as amended by the 1991 Civil Rights Act, 42 U.S.C. § 2000e ("Title VII"), seeking damages for the unlawful employment discrimination and retaliation based on race and national origin that Plaintiff AUGUSTINE CALLEROS, JR. ("Plaintiff" or "Mr. Calleros") was subjected to throughout his employment with Defendant CITY OF NORTH LAS VEGAS (hereinafter referred to as "CITY" and/or "Defendant") in violation of Nevada and federal law.

**JURISDICTION AND VENUE**

2. The Court has jurisdiction over this lawsuit as the same arises in part under NRS § 613.310 *et seq.* and Title VII.

3. Plaintiff timely filed his complaint with the Equal Employment Opportunity Commission ("EEOC") on July 11, 2022. Plaintiff Mr. Calleros' EEOC Charge of Discrimination was thereafter signed on January 9, 2023.

4. On May 30, 2023, the EEOC issued a right to sue letter pursuant to Mr. Calleros' request. A true and correct copy of the right to sue letter is attached hereto as **Exhibit 1**.

5. Plaintiff received the right to sue letter on May 31, 2023. Plaintiff has filed this complaint within ninety (90) days from receiving his right to sue letter.

6. Plaintiff has met all administrative prerequisites to bring this lawsuit alleging violation of Nevada state law and federal law.

7. The unlawful employment practices alleged below were committed within the jurisdiction of this Court, the United States District Court for the District of Nevada, within Clark County, State of Nevada and this Court possesses jurisdiction to entertain this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise, among other federal laws, under Title VII.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 since "a substantial part of the events or omissions giving rise to the claim[s] occurred" in Nevada.

**PARTIES**

9. Plaintiff AUGUSTINE CALLEROS, JR. is a resident of the City of North Las Vegas, Clark County, State of Nevada, and is currently, and was at all times relevant hereto, an employee of Defendant CITY OF NORTH LAS VEGAS.

10. Defendant CITY OF NORTH LAS VEGAS ("CITY") is a municipal corporation that is a political subdivision of the State of Nevada.

**FACTUAL ALLEGATIONS GENERALLY APPLICABLE TO ALL CLAIMS**

11. Mr. Calleros has been employed by Defendant CITY from in or around March 25, 1997 to the present, most recently in the position of Water Systems Operator II.

Melanie Hill Law PLLC
520 1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

12. In or around May 2022, the City posted an internal job opening for a Customer Service Supervisor within the Utilities Department. Mr. Calleros applied for this position and was selected to interview. This Position had other applicants in addition to Mr. Calleros and Mr. Calleros was not selected for this position due to his race (White), national origin (Hispanic), and color (medium brown skin complexion).

13. Since engaging in the protected activity of complaining about being denied the promotion, Plaintiff has been subjected to illegal retaliation.

14. Plaintiff continued to suffer retaliation after filing his complaint with EEOC.

## FIRST CAUSE OF ACTION

**Discrimination Based on National Origin in Violation of Nevada and Federal Law**

15. Plaintiff repleads and realleges every allegation contained in paragraphs 1 through 14 with the same force and effect as if fully set forth herein.

16. Plaintiff Mr. Calleros (Hispanic male) is a member of the class of persons protected by Nevada law and Title VII prohibiting discrimination based on race, national origin and color.

17. Defendant CITY, as an employer in Nevada, is subject to the Nevada statutes and Titel VII prohibiting discrimination based on race, national origin and color, and thus has a legal obligation to provide Plaintiff and all employees a workplace free of unlawful discrimination. Defendant CITY failed to do so.

18. Plaintiff was treated differently that white Caucasian male employees of Defendant CITY because of his national origin, Hispanic, and that differential treatment altered the terms and conditions of his employment, created a hostile work environment, and prevented him from promotion(s) and advancement opportunities that he was qualified for. These actions constitute violations of Nevada law prohibiting race discrimination, NRS § 613.310 *et seq.*, and Title VII.

19. Defendant CITY is an employer subject to NRS § 613.310 *et seq.* and Title VII and thus is liable for damage and injuries that Plaintiff suffered, and continues to suffer, during his employment with the CITY for illegal national origin discrimination.

20. Defendants' actions, as alleged in "Factual Allegations Generally Applicable to All Claims" resulted in unequal treatment and created a hostile work environment for him. As such,

Melanie Hill Law PLLC
520 1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

pursuant to NRS § 613.310 *et seq.* and Title VII, Defendant CITY subjected Plaintiff to illegal national origin discrimination. This illegal national origin discrimination has proximately caused Plaintiff's injury, harm, and loss.

21. Plaintiff has suffered economic losses as a result of this illegal national origin discrimination and failure to promote, including being subjected to differing performance standards and retaliation after complaining about the illegal national origin discrimination, and he is entitled to recover an amount sufficient to make him whole.

22. Defendant CITY deprived Plaintiff from the enjoyment of all benefits, privileges, terms, and conditions of his employment relationship by failing to rectify the harassing behavior Plaintiff was subjected to at his place of employment.

23. Defendant CITY deprived Plaintiff from the enjoyment of all benefits, privileges, terms, and conditions of his employment relationship by intentionally and/or recklessly creating a hostile and offensive workplace as a result of the unequal treatment that made it more difficult for him to perform his job and deprived him of a promotion that he was qualified for.

24. Defendant CITY's actions were taken with malice and/or with reckless indifference to Plaintiff's Nevada state and federal protected rights.

25. Plaintiff has suffered economic losses, physical injury, emotional distress, humiliation, and mental anguish and he is entitled to be fully compensated for those losses by Defendant CITY under applicable remedies available under Nevada and federal law.

26. Plaintiff has also suffered emotional distress, humiliation, and mental anguish and under the aforementioned Nevada state statute and Title VII, he is entitled to be compensated therefor pursuant to under NRS § 613.432 and Title VII.

27. Plaintiff is also entitled to recover punitive damages because Defendant acted with reckless indifference to the Nevada state and federal protected rights of Plaintiff when the Defendant CITY failed to rectify or even acknowledge the unlawful behavior.

///

///

///

Melanie Hill Law PLLC
520 1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

28. As a direct and proximate result of Defendant CITY's discriminatory conduct, Plaintiff has had to secure the services of an attorney to pursue this action, and he should be awarded a reasonable sum for his attorneys' fees and costs pursuant to NRS § 613.490 and Title VII.

## SECOND CAUSE OF ACTION

### Retaliation

29. Plaintiff repleads and realleges every allegation contained in paragraphs 1 through 28 with the same force and effect as if fully set forth herein.

30. The aforementioned state statutes prohibiting national origin discrimination also prohibit retaliation against any individual engaged in reporting or complaining about possible discrimination or acts which might constitute discrimination.

31. Defendant CITY subjected Plaintiff to retaliation when Plaintiff engaged in protected activity, and then they took or tolerated actions against him, which included the following: subjecting him to differing performance standards and stricter scrutiny or closer supervision of his work after he complained that he was being subjected to illegal national origin discrimination.

32. After filing his complaint with EEOC, Plaintiff has been subjected to escalating and continuing retaliation by Defendant CITY as detailed in the "Factual Allegations Generally Applicable to All Claims."

33. The Defendant CITY failed to take reasonable actions to prevent retaliation against Plaintiff.

34. The aforementioned actions and conduct of the Defendant CITY constitute illegal retaliation prohibited by Nevada law and Title VII.

35. Plaintiff has been seriously harmed, economically and emotionally, by this unlawful discrimination in the form of illegal retaliation and he is entitled to be fully compensated therefor.

36. As a direct and proximate result of Defendant CITY's wrongful conduct and illegal discrimination in the form of retaliation, Plaintiff has had to secure the services of an attorney to pursue this action, and he is entitled to recover his reasonable attorneys' fees and costs pursuant to NRS § 613.490 and Title VII.

/ / /

Melanie Hill Law PLLC
520 1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays as follows:

A. For a trial by jury on all issues;

B. For all damages allowable under NRS § 613.330 and Title VII prohibiting national origin discrimination and retaliation;

C. For all damages allowed or recoverable under NRS § 613.432 and Title VII, for compensatory, special and general damages;

D. For punitive damages in an amount sufficient to punish and deter Defendant from engaging in any such conduct in the future and as an example to other employers and elected officials not to engage in such conduct;

E. For the costs of this action together with reasonable attorneys' fees and costs, as provided by NRS § 613.490 and Title VII;

F. For prejudgment interest as allowable by law;

G. For an additional amount to account for any taxes Plaintiff may be called upon to pay in relation to any awards made herein;

H. For such other and further relief as the Court shall deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 28th day of August, 2023.

**MELANIE HILL LAW PLLC**

By: /s/ Melanie A. Hill
Melanie A. Hill, Esq.
Nevada Bar No. 8796
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8500
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Augustine Calleros, Jr.*

Melanie Hill Law PLLC
520 1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500