MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel:  (702) 362-8500
Fax: (702) 362-8500
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Augustine Calleros, Jr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTINE CALLEROS, JR.,<br><br>                                  Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation,<br><br>                                  Defendant. | CASE NO.: 2:23-cv-01340-GMN-DJA<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [ECF No. 10]**<br><br>**(First Request)** |

Plaintiff Augustine Calleros, Jr. ("Plaintiff") and Defendant City of North Las Vegas ("the City"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiff Augustine Calleros, Jr. to respond to the City's Motion to Dismiss [ECF No. 10] ("the Motion") from the current deadline of January 2, 2024, up to and including January 19, 2024. This is the first request to extend the deadline.  In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff Augustine Calleros, Jr. was served with the Motion in this matter on December 18, 2024, rendering its response to the Motion due by January 2, 2024.

2. Counsel for both parties have conferred regarding Plaintiff's request for an extension of time due to the response deadline falling right after the holidays, and Defendant's counsel has indicated she has no objection to this request.

3. Plaintiff's counsel represents that this request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. Plaintiff's counsel represents that this request is brought to provide Plaintiff's counsel with sufficient time to review and respond to the Motion in light of the response deadline falling on January 2, 2024, right after the Christmas and New Year's Day holidays.

4. This stipulation is being filed after the expiration of the deadline. Plaintiff's counsel represents that excusable neglect exists for filing this stipulation after the expiration of the deadline because Plaintiff's counsel is currently recovering from surgery and on medical leave until January 10, 2024, and her leave caused a delay in the preparation and filing of this stipulation.

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff Augustine Calleros, Jr. to respond to the City's Motion, up to and including January 19, 2024.

DATED this 9th day of January, 2024.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | CITY ATTORNEYS' OFFICE<br>CITY OF NORTH LAS VEGAS |
| /s/ Melanie Hill<br>_____<br>Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>Tel.: (702) 362-8500<br>Fax: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorney for Plaintiff Augustine Calleros, Jr.* | /s/ Micaela Rustia Moore<br>_____<br>Micaela Rustia Moore, Esq. (NV Bar No. 9676)<br>2250 Las Vegas Blvd., N., Suite 810<br>North Las Vegas, Nevada 89030<br>Tel: (702) 633-1057<br>Fax: (702) 649-8879<br>MooreM@cityofnorthlasvegas.com<br>*Attorney for Defendant City of North Las Vegas* |

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __10__ day of January, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE