# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTINE CALLEROS, | Case No. 2:23-cv-01340-GMN-DJA |
| Plaintiff, | **Order** |
| v. | [Docket No. 23] |
| CITY OF NORTH LAS VEGAS, | |
| Defendant. | |

Pending before the Court is a stipulation to extend the deadline for Plaintiff to submit an early neutral evaluation statement because of counsel's competing professional obligations. *See* Docket No. 23; *but see Nationstar Mortg. LLC v. Thunder Props.*, 2019 WL 12520088, *1 (D. Nev. July 8, 2019). Moreover, it appears that the parties may intend to exchange initial disclosures after they submit early neutral evaluation statements. *See* Docket No. 21 at 2; *but see* Local Rule 16-6(f)(1)(H). The Court hereby **SETS** a telephonic hearing on the stipulation to extend for 2:30 p.m. today, February 13, 2024. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1