UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTINE CALLEROS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS,<br><br>    Defendant. | Case No. 2:23-cv-01340-GMN-DJA<br><br>**Order** |

On December 19, 2023, the Court set an early neutral evaluation for February, 20, 2024. Docket No. 13. The evaluating magistrate judge possesses broad discretion to exempt cases from the early neutral evaluation program, including doing so *sua sponte*. Local Rule 16-6(c). In reviewing the evaluation statements submitted, holding the early neutral evaluation in this case would be futile. Accordingly, the early neutral evaluation is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned as the settlement judge on the case.

IT IS SO ORDERED.

Dated: February 15, 2024

                                                                        _____
                                                                        Nancy J. Koppe
                                                                        United States Magistrate Judge

1