1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |
|---|---|
| Augustine Calleros, Jr., | Case No. 2:23-cv-01340-GMN-DJA |
| Plaintiff, | |
| v. | **Report and Recommendation** |
| City of North Las Vegas, | |
| Defendant. | |

This is an employment discrimination action arising out of Plaintiff Augustine Calleros, Jr.'s work as a Water Systems Operator for Defendant City of North Las Vegas. Plaintiff sues Defendant for damages, alleging discrimination and retaliation in violation of Federal and Nevada laws. Defendant moves to dismiss Plaintiff's first claim for discrimination, arguing that Plaintiff has not stated sufficient facts to constitute a claim upon which relief can be granted. (ECF No. 10). Plaintiff filed a confusing motion and response, asking for additional time to respond to the motion to dismiss despite the Court's admonishment that it would "not grant an additional extension of time." (ECF No. 24) (response); (ECF No. 25) (motion); (ECF No. 20) (minute order). Plaintiff then filed another response and motion to amend the complaint. (ECF No. 30) (response); (ECF No. 32) (motion to amend). Defendant moves to strike the second response. (ECF No. 34). In response to Plaintiff's motion to amend the complaint, Defendant asserts that it does not oppose Plaintiff amending the complaint, but asks that the Court require Plaintiff to comply with Local Rule 15-1 by attaching the proposed amendment. (ECF No. 35).

Because Defendant does not oppose Plaintiff amending the complaint, the Court will recommend denying Defendant's motion to dismiss as moot. (ECF No. 10). As a result, the Court will also recommend denying the motions related to the briefing on the motion to dismiss—Plaintiff's motion for additional time and Defendant's motion to strike the second response—as

moot.  (ECF Nos. 25, 34).  The Court further recommends denying Plaintiff's motion to amend without prejudice for its failure to comply with Local Rule 15-1(a).  (ECF No. 32).

## **RECOMMENDATION**

**IT IS THEREFORE RECOMMENDED** that Defendant's motion to dismiss (ECF No. 10) be **denied as moot.**

**IT IS FURTHER RECOMMENDED** that Plaintiff's motion for additional time (ECF No. 25) and Defendant's motion to strike (ECF No. 34) be **denied as moot.**

**IT IS FURTHER RECOMMENDED** that Plaintiff's motion to amend (ECF No. 32) be **denied without prejudice** for Plaintiff to file a renewed motion or stipulation to amend that complies with Local Rule 15-1(a).

## **NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: May 10, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE