UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTINE CALLEROS, JR., <br><br> Plaintiff, <br> vs. <br><br> CITY OF NORTH LAS VEGAS, <br><br> Defendant. | Case No.: 2:23-cv-01340-GMN-DJA <br><br> **ORDER ADOPTING REPORT & RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 37), of United States Magistrate Judge Albregts, which recommends denying without prejudice Plaintiff Augustine Calleros, Jr.'s Motion to Amend, (ECF No. 32), and giving him leave to file a renewed motion or stipulation to amend that complies with Local Rule 15-1. The R&R further recommends denying as moot several pending Motions, (ECF Nos. 10, 25, 34), filed by the parties.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States*

*v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 37) (setting a May 24, 2024, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 37), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend, (ECF No. 32), is **DENIED without prejudice**.  Plaintiff has until Monday, June 17, 2024, to file a renewed motion or stipulation to amend that complies with Local Rule 15-1(a).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (ECF No. 10), and Motion to Strike, (ECF No. 34), as well as Plaintiff's Motion for Additional Time, (ECF No. 25), are **DENIED as moot**.

Dated this  28  day of May, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court