MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Augustine Calleros, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUGUSTINE CALLEROS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS, a municipal corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-01340-GMN-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT   [ECF No. 44]** <br><br> (First Request) |

Plaintiff, Augustine Calleros, Jr. ("Calleros"), by and through his counsel, Melanie Hill Law, and Defendant City of North Las Vegas ("CNLV"), by and through its counsel, Madison Zornes-Vela, hereby stipulate to extend the deadlines for Mr. Calleros to respond to the City of North Las Vegas's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] from the current deadline of September 18, 2024 to October 18, 2024.  This Stipulation is made at the request of Plaintiff's counsel for the reasons set forth herein.  This is the first request to extend the deadline to respond to this dispositive motion.

In support of this Stipulation and Order, the parties state as follows:

1. The current deadline to respond to the City of North Las Vegas's Motion for

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

Summary Judgment filed on August 28, 2024 [ECF No. 44] is September 18, 2024.  The parties have agreed to extend the deadline thirty days from the current deadline of September 18, 2024.

    2.  Counsel for Plaintiff reached out to counsel for Defendant requesting the thirty-day extension of the response deadline and the parties have agreed to the requested extension.

    3.  This stipulation to extend the dispositive motion deadlines is brought in good faith, with a showing of good cause, and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the Plaintiff the additional time requested to respond to the dispositive motion in light of her other pending deadlines in her other federal cases, one of which is against the same defendant in this case and counsel is currently responding to a dispositive motion in that case that is due on September 28, 2024.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

WHEREFORE, the parties respectfully request by this stipulation that the Court extend the deadlines for Mr. Calleros to respond to the City of North Las Vegas's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] from the current deadlines of September 18, 2024 to October 18, 2024.

DATED this 12th day of September, 2024.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | NORTH LAS VEGAS CITY ATTORNEY |
| /s/ Melanie Hill | /s/ Madison Zornes-Vela |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>Tel.: (702) 362-8500<br>Fax: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorney for Plaintiff Augustine Calleros, Jr.* | Madison Zornes-Vela, Esq. (NV Bar No. 13626)<br>2250 Las Vegas Blvd., N., Suite 810<br>North Las Vegas, Nevada 89030<br>Tel: (702) 633-1057<br>Fax: (702) 649-8879<br>zornesvelam@cityofnorthlasvegas.com<br>*Attorney for Defendant City of North Las Vegas* |

IT IS SO ORDERED:

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2024

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500