MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Augustine Calleros, Jr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| AUGUSTINE CALLEROS, JR., | CASE NO.: 2:23-cv-01340-GMN-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 44]** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | |
| Defendant. | (Third Request) |

Plaintiff, Augustine Calleros, Jr. ("Calleros"), by and through his counsel, Melanie Hill Law, and Defendant City of North Las Vegas ("CNLV"), by and through its counsel, Madison Zornes-Vela, hereby stipulate to extend the deadline for Mr. Calleros to respond to Defendant's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] from the current deadline of November18, 2024 for three additional days up to and including November 21, 2024.  This Stipulation is made at the request of Plaintiff's counsel for the reasons set forth herein.  This is the third request to extend the deadline to respond to this dispositive motion.

In support of this Stipulation and Order, the parties state as follows:

1. The current deadline to respond to the Defendant's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] is November 18, 2024.  The parties have agreed to a third

extension of the deadline three additional days from the current deadline of November 18, 2024 until November 21, 2024.

2. Counsel for Plaintiff reached out to counsel for Defendant requesting an additional three-day extension of the response deadline due to Plaintiff's counsel's daughter's illness last week that kept her out of school and continued over the weekend and Plaintiff's counsel's illness that started this morning. Counsel for Defendant has agreed to the requested three-day extension.

3. This stipulation to extend the dispositive motion deadlines is brought in good faith, with a showing of good cause, and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the Plaintiff the additional time requested to respond to the dispositive motion considering the issues she has described herein constituting good cause for the short extension.

WHEREFORE, the parties respectfully request by this stipulation that the Court extend the deadlines for Mr. Calleros to respond to the City of North Las Vegas's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] from the current deadlines of October 18, 2024 to November 18, 2024.

DATED this 18th day of November, 2024.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | NORTH LAS VEGAS CITY ATTORNEY |
| /s/ Melanie Hill | /s/ Madison Zornes-Vela |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>Tel.: (702) 362-8500<br>*Attorney for Plaintiff Augustine Calleros, Jr.* | Madison Zornes-Vela, Esq. (NV Bar No. 13626)<br>2250 Las Vegas Blvd., N., Suite 810<br>North Las Vegas, Nevada 89030<br>Tel: (702) 633-1057<br>*Attorney for Defendant City of North Las Vegas* |

IT IS SO ORDERED:

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2024

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500