MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Augustine Calleros, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTINE CALLEROS, JR., <br><br>                    Plaintiff, <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS, a municipal corporation, <br><br>                    Defendant. | CASE NO.: 2:23-cv-01340-GMN-DJA <br><br> **STIPULATION TO EXTEND DEADLINES TO RESPOND AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 44]** <br><br> (Fifth Request) |

Plaintiff, Augustine Calleros, Jr. ("Calleros"), by and through his counsel, Melanie Hill Law, and Defendant City of North Las Vegas ("CNLV"), by and through its counsel, Madison Zornes-Vela, hereby stipulate to extend the deadline for Mr. Calleros to respond to Defendant's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] from the current deadline of November 25, 2024 up to and including December 16, 2024. The parties further stipulate to extend the deadline for CNLV to reply in support of its Motion for Summary Judgment from the current deadline of December 16, 2024 up to and including January 16, 2025. This Stipulation is made at the request of Plaintiff's counsel for the reasons set forth herein. This is the fifth request to extend the deadline to respond to this dispositive motion.

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

1 of 3

In support of this Stipulation and Order, the parties state as follows:

1. The current deadline for Plaintiff to respond to the Defendant's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] is November 25, 2024. The parties have agreed to a fifth extension of the deadline from the current deadline of November 25, 2024 until December 16, 2024.

2. Counsel for Plaintiff reached out to counsel for Defendant requesting an additional extension of the response deadline due to an unexpected family emergency discussed in detail with counsel for Defendant and in light of the fact that the Court recently extended the settlement conference to February 20, 2025. Defendant's counsel agreed to the requested extension. The parties also agreed to extend the CNLV's reply deadline due to the upcoming holidays and the parties agreed to a one month extension of the reply deadline until January 16, 2024.

3. This stipulation to extend the dispositive motion deadlines is brought in good faith, with a showing of good cause, and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the Plaintiff the additional time requested to respond to the dispositive motion considering the issues she has described herein constituting good cause for the extension.

WHEREFORE, the parties respectfully request by this stipulation that the Court extend the deadline for Mr. Calleros to respond to Defendant's Motion for Summary Judgment filed on August 28, 2024 [ECF No. 44] from the current deadline of November 25, 2024 to December 16, 2024.

/ / /

/ / /

/ / /

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

The parties further respectfully request that the Court extend the deadline for Defendant to file its reply from the current deadline of December 16, 2024 up to and including January 16, 2025.

DATED this 25th day of November, 2024.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | NORTH LAS VEGAS CITY ATTORNEY |
| /s/ Melanie Hill | /s/ Madison Zornes-Vela |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>Tel.: (702) 362-8500<br>*Attorney for Plaintiff Augustine Calleros, Jr.* | Madison Zornes-Vela, Esq. (NV Bar No. 13626)<br>2250 Las Vegas Blvd., N., Suite 810<br>North Las Vegas, Nevada 89030<br>Tel: (702) 633-1057<br>*Attorney for Defendant City of North Las Vegas* |

IT IS SO ORDERED:

IT IS FURTHER ORDERED that this Order granting Parties' Stipulation to Extend Deadlines is the last extension the Court will grant regarding the response and reply deadlines to Defendant's Motion for Summary Judgment.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: November __26__, 2024.