AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Augustine Calleros

    Plaintiff,

v.

City of North Las Vegas

    Defendant,

JUDGMENT IN A CIVIL CASE

Case Number:   2:23-cv-01340-GMN-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant City of North Las Vegas and against Plaintiff Augustine Calleros.

3/7/2025

Date

    DEBRA K. KEMPI

Clerk

/s/   CAH

Deputy Clerk